UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ANGELA LIVINGSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 6:10-CV-00014-C |
| | ) ECF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff is appealing an adverse decision of Defendant Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g).  The United States Magistrate Judge filed a Report and Recommendation on August 16, 2011, and Plaintiff filed objections to the Report and Recommendation on August 30, 2011.  The Court has made a *de novo* review of the records and finds that Plaintiff's objections should be **OVERRULED** and that the Magistrate Judge's Report and Recommendation should be **ADOPTED** as the findings of this Court.

It is, therefore, **ORDERED** that Plaintiff's objections are overruled, that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court, and that the above-styled and -numbered cause is hereby **DISMISSED**.

Dated September 19, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE